**Opinion issued June 20, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00346-CV

———————————

## HARRIS COUNTY HOSPITAL DISTRICT D/B/A HARRIS HEALTH SYSTEM, Appellant

## V.

## JOHNNY LUONG, Appellee

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-76870**

---

## MEMORANDUM OPINION

This is an attempted appeal from the trial court's April 26, 2023 order granting appellee Johnny Luong's motion for new trial. On June 8, 2023, the Court issued a notice that we might dismiss for lack of jurisdiction unless appellant Harris County Hospital District d/b/a Harris Health System filed a response on or before June 19,

2023, establishing our jurisdiction. On June 12, 2023, appellant filed an unopposed motion to dismiss the appeal. No opinion has issued.

We grant the motion and order the appeal dismissed. Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.